**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JAMES FREUND and DONNA FREUND, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL PARK SERVICE; U.S. DEPARTMENT OF THE INTERIOR; and JESSICA BOWRON, in her official capacity as the Acting Director of the National Park Service <br><br> Defendants. | **Case No.: 1:25-CV-01522-JLT-FRS (EPG)** <br><br> **ORDER REGARDING THE PLAINTIFFS' REQUEST FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** <br><br><br> **Date:    February 24, 2026** <br> **Time:    9:00 am** <br> **CTRM: 8 (6th Floor)** |

**Order Regarding The Plaintiffs' Request For Continuance Of Mandatory Scheduling Conference**

Based on Plaintiffs' Request for Continuance of Mandatory Scheduling Conference and Status Report (Doc. 14) and good cause appearing, **IT IS HEREBY ORDERED** that:

1.     The Mandatory Scheduling Conference shall be continued to **April 13, 2026 at 9:00 AM in Courtroom 8**; and

2.     The deadlines for the parties to meet and confer and file a Joint Scheduling Report shall also be continued accordingly.

IT IS SO ORDERED.

Dated:     **February 17, 2026**                     /s/ Ewin P. Grosp
                                                        UNITED STATES MAGISTRATE JUDGE

**Order Regarding The Plaintiffs' Request For Continuance Of Mandatory Scheduling Conference**