ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for Defendants National
Park Service, U.S. Department of the
Interior, and Jessica Bowron, in her
official capacity as the Acting Director
of the National Park Service

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREUND and DONNA FREUND, | CASE NO.  1:25-cv-01522-JLT-FJS |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| NATIONAL PARK SERVICE; U.S. DEPARTMENT OF THE INTERIOR; and JESSICA BOWRON, in her official capacity as the Acting Director of the National Park Service, | |
| Defendants. | |

The parties previously stipulated to an extension of 28 days for Defendants to respond to Plaintiffs' complaint until April 6, 2026.  ECF No. 16.  To allow the parties to continue to meet and confer regarding the subject of Defendants' anticipated motion to dismiss, the parties stipulate to extend Defendants' deadline to respond to Plaintiffs' complaint for ten additional days until April 16, 2026. Good cause exists to extend such deadline to allow the parties to continue to meet and confer in hopes of avoiding motion practice.

IT IS SO STIPULATED.

STIPULATION; ORDER

1

Dated:  April 6, 2026                          GEORGESON LAW OFFICES


By:  */s Robert J. Willis (auth. 4/6/2026)*
     ROBERT J. WILLIS

     Attorneys for Plaintiffs


Dated:  April 6, 2026                          ERIC GRANT
                                               United States Attorney


By:  */s/ Brendon L.S. Hansen*
     BRENDON L.S. HANSEN
     Assistant United States Attorney

     Attorneys for Defendants

STIPULATION; ORDER                        2

ORDER

Based on the stipulation of the parties (ECF No. 19), and good cause appearing, the Court ORDERS that the deadline for Defendants to respond to Plaintiffs' Complaint SHALL BE extended by ten (10) days from April 6, 2026, up to and including April 16, 2026.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

STIPULATION; ORDER

3