UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREUND, et al., | Case No.  1:25-cv-01522-JLT-FJS |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| National Park Service, et al., | |
| Defendants. | |

On April 9, 2026, the Court granted the parties' stipulation to extend Defendants' time to respond to the complaint.  (ECF No. 20.)  Defendants' response is currently due April 16, 2026. (*Id.*)  Accordingly, the SCHEDULING CONFERENCE currently set for April 13, 2026, is continued to May 12, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file an Amended Joint Scheduling Report only if material developments have occurred since the filing of the prior Joint Scheduling Report.  (ECF No. 18.)  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE