C. Russell Georgeson (SBN 53589)
Robert J. Willis (SBN 317327)
GEORGESON LAW OFFICES
7491 N. Remington Avenue, Suite 100
Fresno, California 93711
Telephone:  (559) 447-8800
Facsimile:  (559) 447-0747
crgdanelaw@sbcglobal.net

Attorneys for Plaintiffs, JAMES FREUND and DONNA FREUND, husband and wife

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREUND and DONNA FREUND, husband and wife,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL PARK SERVICE; U.S. DEPARTMENT OF THE INTERIOR; and JESSICA BOWRON, in her official capacity as the Acting Director of the National Park Service<br><br>        Defendants. | Case No.: 1:25−CV−01522−JLT−FJS<br><br>STIPULATION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; ORDER<br><br>(ECF No. 19.) |

The parties previously stipulated to extend the deadline for Defendants to respond to Plaintiffs' Complaint. ECF No. 19. The extension was stipulated to so the parties would continue to meet and confer regarding Defendants' anticipated motion to dismiss. Plaintiffs have agreed to amend their Complaint and file a First Amended Complaint. Good Cause exists to allow Plaintiffs to file a First Amended Complaint and continue any obligation of the Defendants to respond to the current Complaint. Accordingly, the parties agree as follows:

(1)    Plaintiffs shall file their First Amended Complaint by May 1, 2026; and

(2)    Defendants' response to Plaintiff's Complaint is continued. Defendants' response

1

to Plaintiff's First Amended Complaint is due 30 days after such filing. If Plaintiffs fail to file their First Amended Complaint by May 1, 2026, then Defendants responsive pleading to the current Complaint is due by May 8, 2026.

IT IS SO STIPULATED.


DATED: April 16, 2026                    GEORGESON LAW OFFICES


                                    By  /s/ Robert J. Willis
                                        Robert J. Willis,
                                        Attorneys for Plaintiffs, JAMES FREUND and
                                        DONNA FREUND, husband and wife

DATED: April 16, 2026                    ERIC GRANT
                                        Untied States Attorney


                                    By  /s/ Brendon L.S. Hansen (auth. 4/16/2026)
                                        Brendon L.S. Hansen,
                                        Assistant United States Attorney
                                        Attorneys for Defendants

ORDER

Based on the stipulation of the parties, and good cause appearing, Plaintiffs shall file their First Amended Complaint by May 1, 2026. Defendants' response to Plaintiff's Complaint is continued. Defendants shall file a response to Plaintiff's First Amended Complaint within thirty (30) days of such filing. If Plaintiffs fail to file their First Amended Complaint by May 1, 2026, then Defendants' responsive pleading to the current Complaint is due by May 8, 2026.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:    **April 20, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

3