UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREUND and Donna FREUND, | Case No. 1:25-cv-01522-JLT-FJS |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 24.) |
| NATIONAL PARK SERVICE, U.S. DEPARTMENT OF THE INTERIOR; and JESSICA BOWRON, in her official capacity as the Acting Director of the National Park Service, | |
| Defendants. | |

On May 1, 2026, the parties filed a notice of settlement, informing the Court that a settlement regarding the entire matter has been reached. (ECF No. 24.) The parties further agreed to file dispositional documents. (*Id.*) Pursuant to Local Rule 160 (b), the parties seek to extend the twenty-one (21) day deadline to file dispositional documents to September 1, 2026, for good cause.

Accordingly, pursuant to the notice, it is HEREBY ORDERED that Plaintiff shall file, or ensure the filing of, dispositional documents no later than September 1, 2026.

IT IS SO ORDERED.

Dated:    **May 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE