**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES FREUND and DONNA FREUND,<br><br>    Plaintiffs,<br><br> v.<br><br>NATIONAL PARK SERVICE; U.S. DEPARTMENT OF THE INTERIOR; and JESSICA BOWRON, in her official capacity as the Acting Director of the National Park Service,<br><br>    Defendants. | CASE No. 1:25-cv-01522-JLT-FJS<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br>(ECF No. 27) |

On June 10, 2026, the parties filed a stipulation of dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 27.) The parties further indicate that each party is to bear its own costs, expenses, and fees. (*Id.*) In light of the stipulation of dismissal, this action has been terminated, and has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:   **June 22, 2026**                    _____
                                              UNITED STATES MAGISTRATE JUDGE

-1-

ORDER GRANTING JOINT STIPULATION TO DISMISS  WITH PREJUDICE